IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE GOODMAN, individually and d/b/a GOODMAN PROPERTIES, *Plaintiff*, | : : : : | No. 2:14 –civ-01061-RK |
| v. | : : | |
| STEVEN DURST *Defendant*, | : : | |

**FILED**

MAR 2 0 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 20th day of March 2014, upon consideration of the Plaintiff's MOTION FOR REMAND and the response thereto, IT IS ORDERED that the Motion is GRANTED and this case is remanded to the Court of Common Pleas of Montgomery County, Pennsylvania.

The Clerk shall mail a certified copy of this order of remand to the Prothonotary of Montgomery. The Court of Common Pleas may thereupon proceed with this case.

Further, the Court awards to the Plaintiff his reasonable attorneys' fees incurred as a result of the improper removal of this action in the amount of $600.00.

BY THE COURT

*Robert F. Kelly*